IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS ANTONIO PRECIADO,<br><br>          Petitioner,<br><br>  v.<br><br>DAVID L. RUNNELS, Warden, et al.,<br><br>          Respondents. | CIV S-04-1021 FCD GGH P<br><br>**[PROPOSED] ORDER ENLARGING TIME** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Respondent's application for a thirty-day enlargement of time to and including June 16, 2005, is hereby GRANTED.

Dated: 5/11/05

              /s/ Gregory G. Hollows
              _____
              UNITED STATES MAGISTRATE JUDGE

prec1021.eot05