UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

THOMAS ANTONIO PRECIADO,

        Petitioner

NO. 2:04-cv-01021 FCD GGH P

  v.

DAVID RUNNELS, et. al.,

        Respondents.    <u>REFERRAL ORDER</u>

----oo0oo----

    Pursuant to Eastern District Local Rule 72-302(a), the undersigned hereby specifically refers the instant case to a magistrate judge, for the limited purpose of review and approval/disapproval of the Motion to Proceed In Forma Pauperis filed on August 15, 2008.

    IT IS SO ORDERED.

DATED: August 18, 2008

                                  FRANK C. DAMRELL, JR.
                                  UNITED STATES DISTRICT JUDGE